Ian B. Wieland, State Bar No. 285721
David G. Litman, State Bar No. 285768
William C. Hahesy, State Bar No. 105743
**SAGASER, WATKINS & WIELAND PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483
Email: ian@sw2law.com
david@sw2law.com
hahesy@sw2law.com

Attorneys for Defendant, County of Madera

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DISTRICT

ROBIN BURGESS, an individual,

Plaintiff,

v.

COUNTY OF MADERA, a government agency,

Defendant.

Case No.: 1:25-cv-00324-JLT-HBK

**[~~PROPOSED~~] ORDER GRANTING REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141 AND REQUEST TO REDACT DOCUMENTS PURSUANT TO LOCAL RULE 140**

Date: September 15, 2026
Time: 9:00 a.m.
Courtroom: 4, 7th Floor

Complaint Filed: March 17, 2025
Trial Date: February 23, 2027

Defendant County of Madera filed a Request to Seal Documents Pursuant to Local Rule 141 and Request to Redact Documents Pursuant to Local Rule 140 (“Request” ). (Doc. 30.) Having considered the Request and applicable law, finding no opposition, and good cause and sufficient basis appearing, the Court HEREBY ORDERS as follows:

The Request is granted as set forth herein. The documents set forth herein shall remain

under seal until further order of the Court.

Exhibits A-E attached to the Declaration of William C. Hahesy and that Declaration shall remain under seal until further order of the Court.

The following documents may be redacted by Defendant as requested in the Request:

- Exhibit C: Defendants may redact this document other than the pages 88 to 91. As ordered above, an unredacted version of this Exhibit **SHALL** be filed under seal.
- Exhibit D: The excerpts of pages 92 to 95 may be redacted other than 153:1; 154:25-156:1; and 156:5-6. As ordered above, an unredacted version of this Exhibit **SHALL** be filed under seal.

The documents shall be made available to the parties, counsel and staff and the Court.

IT IS SO ORDERED.

Dated: September 3, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE